NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMPRESSION TECHNOLOGY SOLUTIONS, LLC,**
*Plaintiff-Appellant,*

**v.**

**EMC CORPORATION,**
*Defendant-Appellee,*

AND

**NETAPP, INC.,**
*Defendant-Appellee,*

AND

**QUANTUM CORP.,**
*Defendant-Appellee.*

---

2013-1513

---

Appeal from the United States District Court for the Northern District of California in No. 12-CV-1746, Senior Judge Ronald M. Whyte.

---

**JUDGMENT**

---

PAUL A. LESKO, Simmons Browder Gianaris Angelides & Barnerd, LLC, of Alton, Illinois, argued for plaintiff-appellant. With him on the brief was SARAH S. BURNS.

CLEMENT S. ROBERTS, Durie Tangri, LLP, of San Francisco, California, argued for all defendants-appellees. With him on the brief were MARK A. LEMLEY, Durie Tangri LLP, for Quantum Corporation; JESSE J. JENNER and KHUE V. HOANG, Ropes & Gray, LLP, of New York, New York, for EMC Corporation; and GREGORY S. BISHOP and THOMAS F. FITZPATRICK, Pepper Hamilton, LLP, of Redwood City, California, and DOUGLAS B. LUFTMAN, Netapp, Inc., of Sunnyvale, California, for NetApp, Inc.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 10, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |